

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-95,630-01

### EX PARTE STANLEY LEE JOHNSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1087344-A IN THE 230TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*. KELLER, P.J. filed a dissenting opinion joined by SLAUGHTER, J. YEARY, J. filed a dissenting opinion.

## O P I N I O N

Applicant pleaded guilty, was convicted of possession of a controlled substance, and sentenced to two years' imprisonment in this cause. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his plea was involuntary and violates due process because he was not aware of a lab report showing that he possessed less than the required four grams of controlled substance to sustain the charge. Based on the record, the amount of drugs possess was less than four grams.

Relief is granted. *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014), *Brady v. United*

*States*, 397 U.S. 742 (1970). The judgment in cause number 1087344 in the 230th District Court of Harris County is set aside, and Applicant is remanded to the custody of the Sheriff of Harris County to answer the charge as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: June 19, 2024
Do not publish